## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | :    Chapter 11 |
|  | : |
| Phoenix Payment Systems, Inc., | :    Case No. 14-11848 (MFW) |
|        Debtor. | : |
|  | : |
|  | : |
| Phoenix Payment Systems, Inc., | : |
|  | : |
|        Plaintiff, | : |
|  | : |
| v. | : |
|  | : |
| POST Integrations, Inc. and Ebocom, LLC, | :    Adv. Pro. No. 14-50964 (MFW) |
|  | : |
|        Defendants. | : |
|  | : |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

       Address of Clerk:      824 Market Street
                                   3rd Floor
                                   Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.

Name and Address of Plaintiff's Attorneys:

| | |
|---|---|
| Mark D. Collins, Esq. | David J. Wolfsohn, Esq. |
| Russell C. Silberglied, Esq. | Duane Morris LLP |
| Zachary I. Shapiro, Esq. | 30 South 17th Street |
| Richards, Layton & Finger, P.A. | Philadelphia, Pennsylvania 19103 |
| One Rodney Square | |
| 920 North King Street | |
| Wilmington, Delaware 19801 | |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | | |
|---|---|---|
| Address: | United States Bankruptcy Court<br>824 Market Street<br>Wilmington, Delaware 19801 | Room: <u>5th Floor, Courtroom 4</u> |

Date and Time:        **December 18, 2014 at 11:30 a.m.**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the**                <u>/s/ David D. Bird</u>
**District of Delaware**                                 *Clerk of the Bankruptcy Court*

Date:  November 12, 2014



RLF1 11050420v.1