## CERTIFICATE OF SERVICE

I, Zachary I. Shapiro, Esquire, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this Summons, a copy of the Complaint, and a Notice of Dispute Resolution Alternatives was made on November 12, 2014, by:

**X** Mail Service: Regular, United States first class mail, postage fully prepaid, addressed to:

POST Integration, Inc.
3131 East Camelback Road, Suite 320
Phoenix, Arizona 85016

Ebocom, LLC
3131 East Camelback Road, Suite 320
Phoenix, Arizona 85016

Thomas M. Horan, Esq.
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801

Robert H. McKirgan, Esq.
J Henk Taylor, Esq.
Lewis Roca Rothgerber LLP
Collier Center Suite 1200
201 E. Washington Street, Suite 1200
Phoenix, Arizona 85004-2595

⌐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

⌐ Residence Service: By leaving the process with the following adult at:

⌐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

⌐ Publication: The defendant was served as follows: [Describe briefly]

⌐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                             (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

November 12, 2014
Date

_/s/ Zachary I. Shapiro_____
Signature

Print Name:
Business Address:

Zachary I. Shapiro (No. 5103)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801